1  MARCIA A. MORRISSEY
   (State Bar No. 66921)
2  2115 Main Street
   Santa Monica, California 90405
3  Telephone: (310) 399-3259
   Facsimile:  (310) 399-1173
4  E-Mail:     MorrisseyMA@aol.com

5  STEPHANIE AMES
   2800 28th Street
6  Santa Monica, California   90405
   Telephone:  (310) 739-5952
7  E-Mail:     StephanieAmes@msn.com

8  Attorneys for Defendant
   VLADIMIR IRAHETA
9

10

11
                    **UNITED STATES DISTRICT COURT**
12
                    **CENTRAL DISTRICT OF CALIFORNIA**
13
                           **WESTERN DIVISION**
14

15 | UNITED STATES OF AMERICA,        ) | CASE NO.  CR 07-1172-DDP
16 |                                  ) |
   |         Plaintiff,               ) | **NOTICE OF JOINDER BY**
17 |                                  ) | **DEFENDANT VLADIMIR**
   |    v.                            ) | **IRAHETA IN DEFENDANT**
18 |                                  ) | **LEONIDAS IRAHETA'S**
   | VLADIMIR IRAHETA,                ) | **MOTION FOR DISCLOSURE**
19 |                                  ) | **OF PROFFER INFORMATION**
   |         Defendant.               ) |
20 |                                  ) | Date: December 14, 2009
   |                                  ) | Time: 3:00 p.m.
21 |                                  ) | Court: Hon. Dean D. Pregerson
22

23      Vladimir Iraheta, through his counsel, moves the Court for an order

24 permitting his joinder in Defendant Leonidas Iraheta's Notice of Motion and

25 Motion for Disclosure of Proffer Information (Doc. 608).   This motion is based on

26 Leonidas Iraheta's  motion, the attached declaration of Marcia A. Morrissey, and

27 //

28 //

1  such additional evidence or argument as may be presented before or during the
2  hearing on this motion.
3
4  DATED:   November 25, 2009                    Respectfully submitted,
5                                                MARCIA A. MORRISSEY
                                                  STEPHANIE AMES
6
7                                       By:   /s/ Marcia A. Morrissey
                                                  Marcia A. Morrissey
8
9                                                 Attorneys for Defendant
                                                  VLADIMIR IRAHETA
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF MARCIA A. MORRISSEY**

I, Marcia A. Morrissey, declare as follows:

1. I am an attorney licensed to practice in the State of California and admitted to practice in this Court. I have been appointed to represent Vladimir Iraheta in this case.

2. Counsel for co-defendant Leonidas Iraheta have filed a Motion for Disclosure of Proffer Information and supporting memorandum of points and authorities. (Doc. 608 ). This motion has application to Vladimir Iraheta, in that it seeks disclosure of information that the prosecution is required to provide to the defense under Rules 12 and 16 of the Federal Rules of Criminal Procedure, *Brady v. Maryland* and its progeny, and the Fifth, Sixth and Eighth Amendments to the United States Constitution.

3. I have read Leonidas Iraheta's Notice of Motion and Motion for Disclosure of Proffer Information and the supporting memorandum of points and authorities.

4. Permitting Vladimir Iraheta to join in this motion filed by counsel for Leonidas Iraheta will avoid a repetitive motion filed by counsel for Vladimir Iraheta and reduce the burden on this Court.

5. To promote efficiency and the ends of justice, it is respectfully requested that the Court grant Vladimir Iraheta's motion to join in Leonidas Iraheta's Motion for Disclosure of Proffer Information.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 25th day of November, 2009, in Santa Monica, California.

/s/ Marcia A. Morrissey
Marcia A. Morrissey

# **PROOF OF SERVICE**

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California and am over the age of 18 and not a party to the within action. My business address is 2115 Main Street, Santa Monica, California 90405.

On November 25, 2009, I served the foregoing document described as:

**NOTICE OF JOINDER BY DEFENDANT VLADIMIR IRAHETA IN DEFENDANT LEONIDAS IRAHETA'S MOTION FOR DISCLOSURE OF PROFFER INFORMATION**

on the following parties in this action by United States mail or by *e-mail:

> Brian Michael, Esq.
> Assistant U.S. Attorney
> United States Attorney's Office
> 312 North Spring Street, 12th Fl.
> Los Angeles, CA 90012
>
> Kevin Lally, Esq.
> Assistant U.S. Attorney
> United States Attorney's Office
> 312 North Spring Street, 12th Fl.
> Los Angeles, CA 90012
>
> Nili T. Moghaddam, Esq.
> Assistant U.S. Attorney
> United States Attorney's Office
> 312 North Spring Street, 12th Fl.
> Los Angeles, CA 90012

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, except as to those matters stated on information and/or belief, and as to those matters, I believe them to be true; and that this Declaration was executed at Santa Monica, California on November 25, 2009.

/s/ Cathy L. Mackerl
CATHY L. MACKERL