1  MARCIA A. MORRISSEY
   (State Bar No. 66921)
2  2115 Main Street
   Santa Monica, California 90405
3  Telephone: (310) 399-3259
   Facsimile:  (310) 399-1173
4  E-Mail:       MorrisseyMA@aol.com

5  CHARLES PEREYRA-SUAREZ
   Union Bank Plaza, Suite 3200
6  445 South Figueroa Street
   Los Angeles, Calfironia 90071
7  Telephone: (213) 430-4777
   Facsimile: (213) 623-1890
8  E-Mail:      cpereyra@cpslawfirm.com

9  Attorneys for Defendant
   VLADIMIR IRAHETA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 07-1172-DDP |
|---|---|
| Plaintiff, | **NOTICE OF JOINDER BY DEFENDANT VLADIMIR IRAHETA IN DEFENDANT LEONIDAS IRAHETA'S MOTION TO DISMISS INDICTMENT** |
| v. | |
| VLADIMIR IRAHETA, | |
| Defendant. | Date: January 11, 2010<br>Time: 3:00 p.m.<br>Court: Hon. Dean D. Pregerson |

Vladimir Iraheta, through his counsel, moves the Court for an order permitting his joinder in Defendant Leonidas Iraheta's Notice of Motion and Motion to Dismiss Indictment (Doc. 625).  This motion is based on Leonidas Iraheta's motion, the attached declaration of Marcia A. Morrissey, and

//

1 such additional evidence or argument as may be presented before or during the
2 hearing on this motion.

3

4 DATED:   December 22, 2009              Respectfully submitted,

5                                          MARCIA A. MORRISSEY
                                           CHARLES PEREYA-SUAREZ
6

7                                 By:   /s/ Marcia A. Morrissey
                                        Marcia A. Morrissey
8

9                                       Attorneys for Defendant
                                        VLADIMIR IRAHETA

## DECLARATION OF MARCIA A. MORRISSEY

I, Marcia A. Morrissey, declare as follows:

1. I am an attorney licensed to practice in the State of California and admitted to practice in this Court. I have been appointed to represent Vladimir Iraheta in this case.

2. Counsel for co-defendant Leonidas Iraheta have filed a Motion to Dismiss Indictment. (Doc. 625). This motion has application to Vladimir Iraheta, in that it seeks dismissal of the Second Superseding Indictment because the evidence is not sufficient to establish his role in the conspiracy within the statute of limitations.

3. I have read Leonidas Iraheta's Notice of Motion and Motion to Dismiss Indictment and supporting memorandum of points and authorities.

4. Permitting Vladimir Iraheta to join in this motion filed by counsel for Leonidas Iraheta will avoid a repetitive motion filed by counsel for Vladimir Iraheta and reduce the burden on this Court.

5. To promote efficiency and the ends of justice, it is respectfully requested that the Court grant Vladimir Iraheta's motion to join in Leonidas Iraheta's Motion to Dismiss Indictment.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 22nd day of December, 2009, in Santa Monica, California.

/s/ Marcia A. Morrissey
Marcia A. Morrissey

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California and am over the age of 18 and not a party to the within action.  My business address is 2115 Main Street, Santa Monica, California 90405.

    On December 22, 2009, I served the foregoing document described as:

**NOTICE OF JOINDER BY DEFENDANT VLADIMIR IRAHETA IN DEFENDANT LEONIDAS IRAHETA'S MOTION TO DISMISS INDICTMENT**

on the following parties in this action by United States mail or by *e-mail:

    Brian Michael, Esq.
    Assistant U.S. Attorney
    United States Attorney's Office
    312 North Spring Street, 12th Fl.
    Los Angeles, CA 90012

    Kevin Lally, Esq.
    Assistant U.S. Attorney
    United States Attorney's Office
    312 North Spring Street, 12th Fl.
    Los Angeles, CA 90012

    Nili T. Moghaddam, Esq.
    Assistant U.S. Attorney
    United States Attorney's Office
    312 North Spring Street, 12th Fl.
    Los Angeles, CA 90012

    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, except as to those matters stated on information and/or belief, and as to those matters, I believe them to be true; and that this Declaration was executed at Santa Monica, California on December 22, 2009.

    /s/ Cathy L. Mackerl
    CATHY L. MACKERL