Anthony M. Solis, SBN 198580
A Professional Law Corporation
1055 West 7th Street, Suite 2140
Los Angeles, CA 90017
213-489-5880 - Phone
213-489-5923 - Fax
anth500@earthlink.net

Judy Clarke, SBN 76071
Clarke & Rice, APC
2366 Front Street
San Diego, CA 92101-1414
619-308-8484 - Phone
619-243-7386 - Fax
judyclarke@jcsrlaw.net

Attorneys for Defendant
LEONIDAS IRAHETA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-07-1172(B)-DDP-26 |
| Plaintiff, | DEFENDANT LEONIDAS IRAHETA'S JOINDER TO DEFENDANT VLADIMIR IRAHETA'S MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT [DOC. 628] |
| v. | |
| | **TRIAL DATE SET: FEB. 2, 2010** |
| LEONIDAS IRAHETA, | DATE:   JAN. 25, 2010 |
| Defendants. | TIME:   3:00 p.m. |
| | PLACE:  Courtroom 3 |

   TO THE PLAINTIFF, UNITED STATES OF AMERICA: GEORGE S. CARDONA, ACTING UNITED STATES ATTORNEY, BRIAN R. MICHAEL, KEVIN M. LALLY, and NILI T. MOGHADDAM, ASSISTANT UNITED STATES ATTORNEYS.

   PLEASE TAKE NOTICE THAT defendant LEONIDAS IRAHETA, by and through his counsel of record, ANTHONY M. SOLIS and JUDY CLARKE, intends to join, and hereby does join in the motion of defendant Vladimir Iraheta to dismiss the Second Superseding Indictment against him. Said motion was filed on December 23, 2009 and appears in the docket as document number 628.

| | |
|---|---|
| DATED: December 23, 2009 | ANTHONY M. SOLIS,<br>A Professional Law Corporation |
| | JUDY CLARKE<br>Clarke & Rice, APC |
| | By: |
| | ***ANTHONY M. SOLIS*** |
| | _____<br>ANTHONY M. SOLIS<br>Attorneys for Defendant<br>LEONIDAS IRAHETA |

**L. IRAHETA'S JOINDER TO VLADIMIR IRAHETA'S MOTION TO DISMISS**