CRAIG WILKE (150728)
craig@craigwilkelaw.com
2677 North Main Street, Suite 830
Santa Ana, California 92705-6623
Telephone (714) 571-0202
Facsimile  (714) 571-0220

GEORGE L. STEELE (189399)
gsteele@glslaw.net
127 N. Madison Avenue, Suite 110
Pasadena, California 91101
Telephone (626) 405-4860
Facsimile  (626) 388-9759

Attorneys for Defendant
JANET LUZ GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 07-1172(B)-DDP |
| Plaintiff, ) | **NOTICE OF JOINDER IN MOTION TO DISMISS SECOND SUPERSEDING INDICTMENT** |
| v. ) | |
| JANET LUZ GONZALEZ, ) | Hearing Date: January 25, 2010 |
| Defendant. ) | Hearing Time: 3:00 p.m. |

TO ASSISTANT UNITED STATES ATTORNEYS KEVIN M. LALLY, BRIAN R. MICHAEL and ABIGAIL W. EVANS:

PLEASE TAKE NOTICE that Defendant Janet Luz Gonzalez, by and through her attorneys of record Craig Wilke and George L. Steele, hereby joins in the Motion to Dismiss the Second Superseding Indictment filed by codefendant Vladamir Iraheta on December 23, 2009 (Document 628).

/

/

/

1   Ms. Gonzalez submits that Mr. Iraheta's arguments also apply to Counts
2   twenty-two and twenty-five of the Second Superseding Indictment in which she is
3   charged.

Respectfully Submitted,

CRAIG WILKE
GEORGE L. STEELE

Dated: December 31, 2009          By:        /s/
                                      CRAIG WILKE

                                      Attorneys for Defendant
                                      Janet Luz Gonzalez