MARCIA A. MORRISSEY
State Bar No. 66921
2115 Main Street
Santa Monica, California 90405
Telephone: (310) 399-3259
Facsimile: (310) 399-1173
E-Mail: MorrisseyMA@aol.com

CHARLES PEREYRA-SUAREZ
State Bar No. 67106
Union Bank Plaza, Suite 3200
445 South Figueroa Street
Los Angeles, California 90071
Telephone: (213) 430-4777
Facsimile: (213) 623-1890
E-Mail: cpereyra@cpslawfirm.com

Attorneys for Defendant
VLADIMIR IRAHETA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VLADIMIR IRAHETA, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CASE NO. CR 07-1172-DDP <br><br> **NOTICE OF ERRATA RE MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT** <br><br> Date:  January 25, 2009 <br> Time:  3:00 p.m. <br> Court:  Hon. Dean D. Pregerson |

Vladimir Iraheta, by his counsel, files this Notice of Errata regarding his Motion to Dismiss the Second Superseding Indictment (Doc. 628).

Throughout the motion, reference is made to Mr. Iraheta's having been charged in Count Twenty-Two of the Second Superseding Indictment. The references to Count Twenty-Two are incorrect. Mr. Iraheta is charged with a

1  violation of 19 U.S.C. § 1959, violent crime in aid of racketeering, in Count
2  Twenty-One of the Second Superseding Indictment.
3       The undersigned apologized to the Court and counsel for the erroneous
4  references to Count Twenty-Two in the motion.
5
6  DATED:   January 4, 2010                    Respectfully submitted,
7
8                                              MARCIA A. MORRISSEY
                                               CHARLES PEREYRA-SUAREZ
9
10                                    By:      /s/ Marcia A. Morrissey
                                               Marcia A. Morrissey
11
12                                             Attorneys for Defendant
                                               VLADIMIR IRAHETA

# **PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California and am over the age of 18 and not a party to the within action.  My business address is 2115 Main Street, Santa Monica, California 90405.

On January 4, 2010,  I served the foregoing document described as:

**NOTICE OF ERRATA RE MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT**

on the following parties in this action by United States mail:

> Brian Michael, Esq.
> Assistant U.S. Attorney
> United States Attorney's Office
> 312 North Spring Street, 12th Fl.
> Los Angeles, CA 90012
>
> Kevin Lally, Esq.
> Assistant U.S. Attorney
> United States Attorney's Office
> 312 North Spring Street, 12th Fl.
> Los Angeles, CA 90012
>
> Nili T. Moghaddam, Esq.
> Assistant U.S. Attorney
> United States Attorney's Office
> 312 North Spring Street, 12th Fl.
> Los Angeles, CA 90012

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, except as to those matters stated on information and/or belief, and as to those matters, I believe them to be true; and that this Declaration was executed at Santa Monica, California on January 4, 2010.

/s/ Cathy L. Mackerl
CATHY L. MACKERL