DAVID R. EVANS (SBN 89119)
7462 N. Figueroa St., Suite 201
Los Angeles, CA 90041
Phone: (323) 257-5100
Facsimile: (800) 330-7893
E-Mail: dre@drelaw.org

JAY LICHTMAN (SBN 73399)
3550 Wilshire Blvd., Ste. 2000
Los Angeles, CA 90010
Phone: (213) 386-3878
E-Mail: jaylawla@aol.com

Attorneys for Defendant
JAMES WOOTEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR07-01172(B)-DDP-42 |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF MOTION AND** |
| | ) **MOTION FOR JOINDER BY** |
| SERGIO PANTOJA, et al., | ) **DEFENDANT JAMES WOOTEN** |
| | ) **IN MOTION TO DISMISS THE** |
| Defendants. | ) **SECOND SUPERCEDING** |
| | ) **INDICTMENT(DOCKET # 628)** |
| | ) |
| | ) **Hearing Date: January 25, 2010** |
| | ) **Hearing Time: 3:00 p.m.** |

TO ASSISTANT UNITED STATES ATTORNEYS BRIAN MICHAEL,

KEVIN LALLY, AND NILI T. MOGHADDAM:

PLEASE TAKE NOTICE that on January 25, 2010, at 3:00 p.m., in the

1

Courtroom of the Honorable Dean D. Pregerson, United States District Judge,

Defendant James Wooten, by and through his attorneys of record, David R. Evans

and Jay Lichtman, will move, and does hereby move, to join in the Motion to

Dismiss the Second Superceding Indictment filed by Defendant Vladamir Alexander

Iraheta.

DATED: January 5, 2010                    Respectfully submitted,
                                          DAVID R. EVANS
                                          JAY LICHTMAN


By:_____
      DAVID R. EVANS
      Attorneys for Defendant
      JAMES WOOTEN