UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-01172 (B) DDP                                                   Dated: March 15, 2010

========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Kevin Lally |
| Courtroom Deputy | Court Reporter | Nili T. Moghaddam |
| | | Asst. U.S. Attorney |

========================================================================
U.S.A. vs (Dfts listed below)                      Attorneys for Defendants

25)   VLADIMIR ALEXANDER IRAHETA            25)   Marcia A. Morrissey
      present in custody                                Charles Pererya Suarez
                                                              present appointed

_____

PROCEEDINGS:   MOTION FOR JOINDER AS TO DEFENDANT VLADIMIR IRAHETA IN DEFENDANT LEONIDAS IRAHETA'S MOTION FOR DISCLOSURE OF PROFFER INFORMATION FILED BY DEFENDANT VLADIMIR ALEXANDER IRAHETA (FILED ON 11-25-09 / DOCKET NUMBER 613)
MOTION FOR JOINDER AS TO DEFENDANT LEONIDAS IRAHETA'S MOTION TO DISMISS INDICTMENT FILED BY DEFENDANT VLADIMIR ALEXANDER IRAHETA (FILED ON 12-22-09 / DOCKET NUMBER 627)
MOTION TO DISMISS COUNTS ONE AND TWENTY-TWO FILED BY DEFENDANT VLADIMIR ALEXANDER IRAHETA
(FILED ON 12-23-09 / DOCKET NUMBER 628)

    Court hears oral argument, VACATES the joinder in the proffer motion and takes all other joinders in the motions and motions under submission.

 

00 : 19

Initials of Deputy Clerk          JAC