UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-01172 (B) DDP                                             Dated: March 15, 2010

===============================================================
PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Kevin Lally |
| Courtroom Deputy | Court Reporter | Nili T. Moghaddam |
| | | Asst. U.S. Attorney |

===============================================================
U.S.A. vs (Dfts listed below)                Attorneys for Defendants

39)   LUZ JANET GONZALEZ                    39)   Craig Wilke
      present in custody                          George L. Steele
                                                  present appointed

_____

PROCEEDINGS:   NOTICE OF ERRATA [**JOINDER**] FILED BY LUZ JANET GONZALEZ AS TO DEFENDANT VLADIMIR ALEXANDER IRAHETA RE: MOTION TO DISMISS COUNTS ONE AND TWENTY-TWO
(FILED ON 12-31-09 / DOCKET NUMBER 637)

Court hears oral argument and VACATES the joinder in the proffer motion.

                                                       00   :   19

                                      Initials of Deputy Clerk   JAC

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                        Page 1 of 1