# Declaration of Paul Keenan

## DECLARATION OF PAUL KEENAN

I, Paul Keenan, hereby declare and state as follows:

1. I am a Supervisory Special Agent ("SSA") with the Federal Bureau of Investigation ("FBI"). I have been employed with the FBI for approximately eight years. Prior to that time, I was employed for approximately six years as a Special Agent with the Drug Enforcement Administration.

2. I am presently assigned as a supervisor for FBI Squad CE-2, which is commonly referred to as the FBI Drug Squad. I also regularly serve as the Acting Assistant Special Agent in Charge ("ASAC") of the FBI gang and drug squads in the Los Angeles Field Office. In approximately February 2005, I assumed case agent responsibilities in the investigation that led to the matter of <u>United States v. Sergio Pantoja</u>, CR. No. 07-1172(C)-DDP.

3. Assistant United States Attorney Nili T. Moghaddam ("AUSA Moghaddam") has informed me that defendant Vladimir Iraheta (hereafter, "defendant") has moved to suppress the post-arrest statement he provided on June 16, 2009. At AUSA Moghaddam's request, I reviewed the audio and video recording of defendant's interview as well as the draft transcripts of that interview, true and correct copies of which are attached hereto as Exhibits A and B. I also obtained records from FBI and United States Marshal Service databases that provide information on the timing of defendant's post-arrest transport and booking.

4. Defendant was arrested at approximately 6 a.m. on June 16, 2009 at his residence at 2065 West 6th Street in Los Angeles, which is located in the heart of the 18th Street Columbia Lil Cycos clique gang territory. In compliance with the arrest warrants obtained in advance of the takedown, which did not permit service before 6 a.m., the coordinated arrests of the charged defendants was set for 6:00 a.m.

5. Subsequent to his arrest, defendant was transported to the FBI Field Office in the Westwood area of Los Angeles.

6. At approximately 7:30 a.m. that same morning, defendant was interviewed by Los Angeles Police Department ("LAPD") Robbery-Homicide Division ("RHD") Detectives David Holmes and Michael Oppelt.

7. Before defendant was questioned, he was advised of his *Miranda* rights. Defendant orally waived those rights as is reflected on the recording of the interview.

8. In addition, defendant reviewed and signed an FBI Advice of Rights form, a true and correct copy of which is attached hereto as Exhibit C.

9. Defendant was interviewed for one hour.

10. Attached hereto as Exhibit D is a true and correct copy of the FBI's Master Log, which indicates that defendant was transported from the FBI Field Office in Westwood at approximately 9:10 a.m. and brought to the United States Marshal Service at the Edward R. Roybal Federal Building and Courthouse

at approximately 9:25 a.m.

11.  Attached hereto as Exhibit E is a true and correct copy of the United States Marshal New Booking Sheet for that date, which indicates that defendant was signed in at the federal courthouse at 10:05 a.m. that morning.

12.  Defendant made his initial appearance that afternoon on the first available presentment calendar of the day.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27TH day of July, 2011, in Los Angeles, California.

*[signature]*
PAUL KEENAN