# EXHIBIT D

## OCC Services

This Site: OCC Services

OCC Services > Master Log > Westwood to MDC

# Master Log: Westwood to MDC

| New Item | Edit Item | Delete Item | Alert Me | |
|---|---|
| **Title** | Westwood to MDC |
| **Category** | Radio Log |
| **Description** | 20915 & 19494 escorting (1) to MDC starting milage 74645 |
| **Credential #/Call Sign** | 20915 |
| **Location** | Westwood |
| **Approved by Supervisor ET** | No |
| **Visits to Los Angeles Start Date** | 6/16/2009 9:10 AM |
| **Visits to Los Angeles End Date** | 6/16/2009 9:10 AM |

Created at 6/16/2009 12:58 PM  by WILLIAMS, JESSE WARREN (LA) (FBI)
Last modified at 6/16/2009 12:58 PM  by WILLIAMS, JESSE WARREN (LA) (FBI)

## OCC Services

| This Site: OCC Services | | 🔍 |

OCC Services > Master Log > Ending Mileage

# Master Log: Ending Mileage

👆 New Item  |  📝 Edit Item  |  ✖ Delete Item  |  Alert Me

| | |
|---|---|
| **Title** | Ending Mileage |
| **Category** | Radio Log |
| **Description** | 20915 & 19494 ending mileage to MDC 74659 |
| **Credential #/Call Sign** | 74645 |
| **Location** | MDC |
| **Approved by Supervisor ET** | No |
| **Visits to Los Angeles Start Date** | 6/16/2009 9:25 AM |
| **Visits to Los Angeles End Date** | 6/16/2009 9:25 AM |

Created at 6/16/2009 1:00 PM  by WILLIAMS, JESSE WARREN (LA) (FBI)
Last modified at 6/16/2009 1:00 PM  by WILLIAMS, JESSE WARREN (LA) (FBI)